Richard J. Meier, Esq.
The Litigation Practice Group
17542 E. 17th Street, Suite 100
Tustin, CA 92780
Tel: 949-715-0644
richard@lpglaw.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Linda Donnelly, | Case No. 3:21-cv-09694-AGT |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| | **WITH PREJUDICE** |
| Improved Data Services, LLC, | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

The Litigation Practice Group

By: /s/ Richard J. Meier
Richard J. Meier
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that, on September 29, 2022, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following parties were served through U.S. Mail.

Improved Data Services, LLC
c/o Registered Agent Solutions, Inc.
3000 Professional Dr, Suite A
Springfield, IL 62703

*/s/ Richard J. Meier*